UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,

v.

JOAN COOLIDGE and
TONYA CANFIELD,

        Defendants.
_____/

Case No. 1:19-cv-552

Hon. Paul L. Maloney

**ORDER TO STAY PROCEEDINGS**

Defendants Joan Coolidge and Tonya Canfield dispute ownership of the remaining group life insurance benefits of David R. Walter. Plaintiff, as claim fiduciary of the life insurance policy, filed this interpleader action to determine the ownership of the benefits. Pursuant to a stipulation approved by the Court, plaintiff has deposited the disputed funds with the Court and is no longer a party to this litigation. *See* Order (ECF No. 16). The only remaining parties are defendants Joan Coolidge and Tonya Canfield, both of whom claim an interest in the disputed funds. Defendant Coolidge appears *pro se*, while defendant Canfield is represented by Attorney Michael R. Behan.

The Court has been advised that defendant Coolidge is hospitalized and unable to attend to the Court proceedings at this time. Because defendant Coolidge does not have counsel, this case cannot proceed until she is able to participate in this litigation. Under these

1

circumstances, the Court will stay these proceedings for six months to allow defendant Coolidge to recuperate. Accordingly,

**IT IS ORDERED** that this case is **STAYED** until **June 11, 2020**.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to administratively **CLOSE** this case until the stay is lifted on **June 11, 2020**.

Dated:  December 11, 2019 /s/ Ray Kent
United States Magistrate Judge